**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PETRO GATE, INC.,

     Plaintiff,

v.                              Case No: 8:20-cv-961-CEH-CPT

CIRCLE K STORES, INC.,

     Defendant.

_____/

## O R D E R

The Court has been advised by the Joint Notice of Resolution (Doc. 55) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on May 3, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record